EXHIBIT C
COAL LEASE–VIRGINIA
POCAHONTAS MINING LIMITED LIABILITY COMPANY, LESSOR
REVELATION ENERGY, LLC, LESSEE

### PREPARATION PLANT

Lessee will construct at least a 500-TPH plant on Lessor's land capable of processing run of mine deep and highwall miner coal from the operations. The plant will use heavy media cyclones for the coarse material, spirals for the fine material and some form of froth flotation for the ultra fines to maximize recovery of the clean coal.

### LOADOUT FACILITY

Lessee will construct a unit train loadout facility on Lessor's land to include clean coal storage for multiple qualities of coal, a reclaim system capable of transporting coal to the loadout facility at the minimum rate of 3,000 tons per hour, and a loadout facility to include a batchweigh system capable of pre-weighing and loading up to 130 ton rail cars and loading a 110-car unit train in less than 4 hours.

### TRACK REFURBISH

Lessee will construct or will cause the construction of the existing railroad track which will be refurbished and upgraded to accommodate unit train usage for the track beginning at or near the confluence of Laurel Creek and Dismal Creek near Whitewood, Virginia, proceeding in a northeasterly direction to Jewell Valley where the Lessee's loadout facility is to be located. The existing strip for the railroad track previously operated in the subject area is generally located as shown on the map or plat designated as Exhibit A to the subject Lease.