

# REVELATION ENERGY, LLC

1051 Main Street
Milton, West Virginia 25541

October 31, 2017

Pocahontas Resources LLC
P.O. Box 1837
Abingdon, Virginia 24212
Attn: Pamela Blackburn, Vice President and General Manager

Donald R. Johnson, Attorney at Law
1950 Electric Road
Roanoke, Virginia 24018

RE: Termination of Lease Agreement (the "Lease") relating to certain coal in or under certain tracts of land situated in Buchanan and Tazewell Counties, Virginia on a permitted area known as S-5 dated January 1, 2010 and amended October 1, 2015, by and between Pocahontas Resources LLC ("Pocahontas") and Revelation Energy, LLC ("Revelation").

Dear Ms. Blackburn:

Please be advised that Revelation has examined the reserves encompassed by the Lease and determined that due to the unfortunate circumstances that 1. the Upper Banner Coal Seam is located only on the highest ridges, oxidized and unable to sell in the metallurgical market and uneconomical for the steam business; 2. The Lower Banner Coal Seam is very thin and uneconomical to mine; 3. The Big Fork Coal Seam is too thin to mine, has a high ash content that will not wash out, and a sandstone top that does not allow for highwall or deep mining; and 4. The Aily Coal Seam is too thin to mine economically and has a very high sulfur content that makes it impossible to sell in the metallurgical market or as a standalone product. Due to all of these facts, the reserves covered by the Lease are not mineable and merchantable in this market and as of October 31, 2017.

As a result, subject to its ongoing rights for reclamation purposes, notice is hereby provided that Revelation Energy, LLC intends to terminate the Lease effective October 31, 2017.

Thank you for your consideration in this regard.

Sincerely,

*[signature]*

Jeff A. Hoops
President
Revelation Energy, LLC