# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

**POCAHONTAS RESOURCES, LLC**

vs.

**REVELATION ENERGY, LLC, et al.**

Action No: 1:17CV00040
Date: 6/8/2018
Judge: James P. Jones, USDJ
Court Reporter: Judy Webb, OCR
Deputy Clerk: Lottie Lunsford

Plaintiff Attorney(s)
Steven R. Minor

Defendant Attorney(s)
Michael C. Whitticar

PROCEEDINGS:
Counsel present and ready to proceed with motion hearing on defendants (DE 31). Motion to Amend/Correct Answer and Defense. Argument heard. Court takes the motion under advisement. Parties to continue working towards settlement.

Time in Court: 2:13-2:37 p. m. ( 24 minutes)